IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIZAN CORPORATION, | No. C 12-05578 CW |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE |
| v. | JUDGE SPERO UPON CONSENT AND |
| NATIONWIDE INSURANCE COMPANY, | SETTING CERTAIN CASE MANAGEMENT |
| Defendant. | DATES |

On May 22, 2013, a case management conference was held in the above-captioned case. Brian Momzen appeared via CourtCall for Plaintiff. Laura Fannon appeared for Defendant. On May 29, 2013, the parties executed a consent form to proceed before United States Magistrate Judge Spero.  Accordingly,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge Spero to be heard and considered at the convenience of his calendar.  Counsel shall contact Karen Hom, Magistrate Judge Spero's  Courtroom Deputy at (415) 522-2035 to set up a telephonic status conference to confirm dates.  Magistrate Judge Spero will set a trial date on, about or before **4/14/2014**.

IT IS FURTHER ORDERED, that the following case management dates are set:

United States District Court
For the Northern District of California

Completion of discovery other than from experts: **11/27/2013**

Disclosure of identities and reports of expert
    witnesses: **1/9/2014**

Rebuttal: **1/29/2014**

Completion of discovery from experts: **2/12/2014**

All motions directed to the merits of the case
    noticed for hearing no later than: **1/9/2014**

Dated:  5/30/2013

CLAUDIA WILKEN
United States District Judge

cc: MagRef; JCS

**United States District Court**
For the Northern District of California