UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIZAN CORPORATION,<br><br>Plaintiff.<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY,<br><br>Defendant. | Case No. 13-cv-00650-JCS<br><br>**ORDER WITHDRAWING DISCOVERY REFERRAL TO MAGISTRATE JUDGE NANDOR J. VADAS**<br><br>Re: Dkt. No. 10 |

Upon reassignment of this action to Magistrate Judge Joseph C. Spero, IT IS HEREBY ORDERED that the discovery referral to Magistrate Judge Nandor J. Vadas for discovery is withdrawn.

IT IS SO ORDERED.

Dated: June 10, 2013

JOSEPH C. SPERO
United States Magistrate Judge