CARTER, MOMSEN & KNIGHT, LLP
Brian S. Momsen, Esq.  SBN 154235
305 North Main Street
P.O. Box 1709
Ukiah, CA, 95482
(707) 462-6694
(707) 462-7839 fax
bmomsen@pacific.net

Attorneys for Plaintiff FAIZAN CORPORATION
dba UKIAH EXPRESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FAIZAN CORPORATION, dba UKIAH EXPRESS,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY AND DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 13-00650 JCS<br><br>Unlimited Civil<br><br>[Proposed] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT |

IT IS HEREBY ORDERED.

1. That plaintiff may file a First Amended Complaint in the form attached as <u>Exhibit A</u> to the parties' Stipulation; and

2. That defendant's Answer to the original complaint shall be deemed responsive to the First Amended Complaint without further action on the part of defendant.

Dated:  6/12    , 2013             _____
                                    Joseph C. Spero
                                    UNITED STATES MAGISTRATE JUDGE