CARTER, MOMSEN & KNIGHT, LLP
Brian S. Momsen, Esq.  SBN 154235
305 North Main Street
P.O. Box 1709
Ukiah, CA, 95482
(707) 462-6694
(707) 462-7839 fax
bmomsen@pacific.net

Attorneys for Plaintiff FAIZAN CORPORATION
dba UKIAH EXPRESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FAIZAN CORPORATION, dba UKIAH EXPRESS, | Case No. CV 13-00650 JCS |
| Plaintiffs, | Unlimited Civil |
| v. | [Proposed] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT |
| NATIONWIDE INSURANCE COMPANY AND DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED.

1. That plaintiff may file a First Amended Complaint in the form attached as <u>Exhibit A</u> to the parties' Stipulation; and

2. That defendant's Answer to the original complaint shall be deemed responsive to the First Amended Complaint without further action on the part of defendant.

Dated: 6/12, 2013

Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE